IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA WAREKA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>BELLA FACCIA PMU, LLC, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>NO. 23-315-KSM |

## ORDER

**AND NOW**, this 30th day of May, 2023, it is **ORDERED** that a **SETTLEMENT CONFERENCE** is scheduled in **CHAMBERS** on the 16th floor of the United States District Courthouse, 601 Market Street, Suite 16613, Philadelphia, Pennsylvania, on **Tuesday, May 30, 2023,** at **2:00 p.m.**

　　　　　　　　　　　　　　　　　　　　*/s/ Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　**KAREN SPENCER MARSTON, J.**